# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**GENE VISCO**
*Plaintiff*

v.

**CREDITORS RELIEF, LLC**
*Defendant*

Civil Action No.: **1:20–CV–12303–JCB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Arnold Pacho
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2020–12–31 10:27:01**, Clerk USDC DMA

Civil Action No.: **1:20–CV–12303–JCB**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

_____  
Date

_____  
*Server's Signature*

_____  
*Printed name and title*

_____  
*Server's Address*

Additional information regarding attempted service, etc:

IN THE UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO.:1:20-CV-12303

GENE VISCO,                      PLAINTIFF
vs

AFFIDAVIT OF SERVICE

CREDITORS RELIEF, LLC,
                                 DEFENDANT

State of New Jersey, County of Monmouth       S.S.:

I, **Ethel Smith** being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in New Jersey.

That on May 19, 2021 at 10:30am the deponent served to Rikki Contrell, Sales Manager for Creditors Relief, LLC a true copy of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Clocked Cover Sheet, Clocked Local Form to 100 Craig Road, STE 201D, Manalapan, New Jersey 07726.

INDIVIDUAL ( )   By delivering thereat a true copy of each to said recipient personally, deponent knew said person so served to the person described as said recipient therein

OTHER (✓)   By delivering a true copy of each and leaving with, **Rikki Contrell**, the **Sales Manager** and authorized to accept service.

SUITABLE AGE PERSON ( )   By delivering thereat a true copy of each to a person of suitable age and discretion. That person was asked by deponent whether said premises was the recipient's ( ) actual place of business ( ) dwelling house- usual place of abode and reply was affirmative.

MAILING ( )   Deponent enclosed a copy of same in a sealed envelope properly addressed to defendant at his actual ( )place of business ( ) residence
And mailed it by First Class Mail at a US Post Office in the State of New Jersey
On
The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, Thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient

DESCRIPTION   Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Sex: F    Age: 37    Height: 5'7    Weight: 190    Skin Color: WHITE    Hair Color: BROWN

Sworn and subscribed to me, on
this 21 Day of May 2021

_____
[Notary signature: Donna Elias]
[Notary Seal: DONNA JO ELIAS, NOTARY PUBLIC, NEW JERSEY, 50039495, 06/03/2021]

_____
Ethel Smith, Process Server