# EXHIBIT "A"

To: +1 (201) 308-1456    Details

SMS with (201) 308-1456
3/11/20, 11:40 AM

> If you're having cash flow issues I can work with you to resolve any debts that you are dealing with. We offer a reduced weekly or bi-weekly arrangement and modified payment terms until you get back on your feet.
>
> I'm here to help, please let me know when you have a moment to speak!

5/28/20, 4:49 PM

> Did you still need help reducing your merchant cash advance payments?



5/31/20, 10:51 AM

> Hey James just touching base to see when we can op on a call to continue our conversation regarding your business debts. I would like to see if we can help you reduce and modify these accounts.
>
> Rocco Sinopoli
> rocco@creditorsrelief.com

Text Message

To: +1 (201) 308-1456 — Details

SMS with (201) 308-1456
3/11/20, 11:40 AM

> If you're having cash flow issues I can work with you to resolve any debts that you are dealing with. We offer a reduced weekly or bi-weekly arrangement and modified payment terms until you get back on your feet.
>
> I'm here to help, please let me know when you have a moment to speak!

5/28/20, 4:49 PM

> Did you still need help reducing your merchant cash advance payments?



5/31/20, 10:51 AM

> Hey James just touching base to see when we can op on a call to continue our conversation regarding your business debts. I would like to see if we can help you reduce and modify these accounts.
>
> Rocco Sinopoli
> rocco@creditorsrelief.com

Text Message

3:33

 Recents



# UNKNOWN NAME

+1 (774) 458-7075

Dover, MA

        

message  call  video  mail  pay

**May 28, 2020**

**10:41 AM   Incoming Call**

6 minutes

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Share My Location

        

Favorites  Recents  Contacts  Keypad  Voicemail

3:35

Recents



# +1 (201) 292-9125
## Leonia, NJ

    

message | call | video | mail | pay

### May 29, 2020

1:37 PM  **Canceled Call**

1:34 PM  **Incoming Call**
44 seconds

**Share Contact**

**Create New Contact**

**Add to Existing Contact**

**Add to Emergency Contacts**

**Share My Location**

    

Favorites | Recents | Contacts | Keypad | Voicemail

3:56

< Voicemail

**+1 (516) 469-3948**
Plandome Manor, NY

| message | call | video | mail | pay |

May 29, 2020

2:16 PM  **Missed Call**

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Share My Location

Favorites | Recents | Contacts | Keypad | Voicemail



12:11 

**‹ Recents**



# +1 (617) 398-4583

### Boston, MA

|  |  |  |  |  |
|---|---|---|---|---|
| message | call | TextNow | mail | pay |

### Today

12:10 PM  **Canceled Call**

12:05 PM  **Incoming Call**
27 seconds

### Share Contact

### Create New Contact

### Add to Existing Contact

### Add to Emergency Contacts

### Share My Location

|  |  |  |  |  |
|---|---|---|---|---|
| Favorites | Recents | Contacts | Keypad | Voicemail |

To: +1 (201) 308-1456                                                                 Details

SMS with (201) 308-1456
3/11/20, 11:40 AM

> If you're having cash flow issues I can work with you to resolve any debts that you are dealing with. We offer a reduced weekly or bi-weekly arrangement and modified payment terms until you get back on your feet.
>
> I'm here to help, please let me know when you have a moment to speak!

5/28/20, 4:49 PM

> Did you still need help reducing your merchant cash advance payments?



5/31/20, 10:51 AM

> Hey James just touching base to see when we can op on a call to continue our conversation regarding your business debts. I would like to see if we can help you reduce and modify these accounts.
>
> Rocco Sinopoli
> rocco@creditorsrelief.com

Text Message 

3:57

**‹ Recents**



## +1 (781) 527-1285
### Cohasset, MA

    
message   call   TextNow   mail   pay

### June 29, 2020

**2:53 PM  Incoming Call**
6 minutes

**Share Contact**

**Create New Contact**

**Add to Existing Contact**

**Add to Emergency Contacts**

**Share My Location**

    
Favorites   Recents   Contacts   Keypad   Voicemail

3:58 ✓

‹ Recents



**+1 (201) 371-1558**
Teaneck, NJ

    
message   call   TextNow   mail   pay

### June 29, 2020

3:14 PM  **Incoming Call**
                2 minutes

**Share Contact**

**Create New Contact**

**Add to Existing Contact**

**Add to Emergency Contacts**

**Share My Location**

    
Favorites   Recents   Contacts   Keypad   Voicemail

**‹** Recents

# +1 (609) 624-4425

Sea Isle City, NJ

| message | call | video | mail | pay |

---

July 6, 2020

**3:15 PM  Incoming Call**
  3 minutes

---

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

---

Share My Location

| Favorites | **Recents** | Contacts | Keypad | Voicemail |

**‹** Recents



# +1 (609) 624-4425

Sea Isle City, NJ

message · call · video · mail · pay

---

Today

3:50 PM **Incoming Call**
2 minutes

---

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

---

Share My Location

---

Favorites · **Recents** · Contacts · Keypad · Voicemail

11:02

< Recents

+1 (508) 952-3092

Norton, MA

| message | call | video | mail | pay |

**Today**

10:57 AM  **Incoming Call**
1 minute

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Share My Location

Block this Caller

| Favorites | Recents | Contacts | Keypad | Voicemail |