**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| GENE VISCO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:20-cv-12303-JCB |
| | ) | |
| CREDITORS RELIEF, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S**
**AMENDED COMPLAINT AND/OR PARTIAL MOTION FOR MORE DEFINITE**
**STATEMENT**

Now Comes Defendant and hereby moves to dismiss Plaintiff's Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1).  Alternatively, and pursuant to Federal Rule of Civil Procedure 12(e), Defendant moves for a more definite statement concerning the alleged communications made by Defendant to Plaintiff.  Defendant similarly moves to stay discovery pending resolution of the foregoing motions to dismiss, or, in the alternative, motion for a more definite statement.  In support of this Motion, Defendant relies on its Memorandum of Law filed contemporaneously herewith.

WHEREFORE, Defendant respectfully requests that this Court grant its motion to dismiss, dismiss Plaintiff's Amended Complaint with prejudice pursuant to Rules 12(b)(6) and 12(b)(1), or in the alternative grant Defendant's motion for a more definite statement, as well as stay discovery pending the resolution of the motion for dismissal, or in the alternative, motion for a more definite statement.

                                                                              Respectfully submitted,
DEFENDANT, CREDITORS RELIEF, LLC
By its attorneys,

/s/ Gino Spinelli
Gino Spinelli, BBO No. 667417
**DAVIDS & COHEN, P.C.**
40 Washington Street, Suite 20
Wellesley, MA 02481
(781) 416-5055
gspinelli@davids-cohen.com

Dated:  June 29, 2021

## RULE 7.1 CERTIFICATION

      Pursuant to Local Rule 7.1, I contacted Plaintiff's counsel by telephone on May 28, 2021 in a good faith attempt to narrow or resolve the issues raised in Defendant's Motion to Dismiss. However, we were unable to resolve the issues.

Dated:  June 29, 2021                                                         /s/ Gino Spinelli
                                                                                   Gino Spinelli

## CERTIFICATE OF SERVICE

      I, Gino Spinelli, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated:  June 29, 2021                                                          /s/ Gino Spinelli
                                                                                   Gino Spinelli